IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON JACKSON, #265337, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-567-WKW |
| ) | |
| INMATE THOMAS YOUNG, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

The Magistrate Judge entered a Recommendation (Doc. # 5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.

Accordingly, it is ORDERED that

1. The Recommendation (Doc. # 5) of the Magistrate Judge is ADOPTED;

2. Plaintiff's claim against Defendant Thomas Young is DISMISSED as frivolous prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Defendant Thomas Young is DISMISSED as a defendant in this cause of action; and

4. This case, with respect to the allegations against Defendants Fair, Daniels, and Burt, is referred back to the Magistrate Judge for appropriate proceedings.

DONE this 28th day of August, 2015.

                                       /s/ W. Keith Watkins  
                           CHIEF UNITED STATES DISTRICT JUDGE