IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON JACKSON, # 265337, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-567-WKW |
| | ) |
| J. FAIR, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On January 29, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 27.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)   The Recommendation is ADOPTED; and

(2)   This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this court.

A separate final judgment will be entered.

DONE this 22nd day of February, 2016.

                                                 /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE